IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 18 C 1340 |
| MAJOR HEATING & COOLING, INC., an Illinois corporation, | ) ) ) ) | JUDGE JOAN B. GOTTSCHALL |
| Defendant. | ) | |

## **AMENDED MOTION FOR ENTRY OF JUDGMENT**

Plaintiffs, by and through their attorneys, default having been entered against the Defendant on June 8, 2018, request this Court enter judgment against Defendant, MAJOR HEATING & COOLING, INC., an Illinois corporation. In support of that Motion, Plaintiffs state:

1. On June 8, 2018, this Court entered default against Defendant and granted Plaintiffs' request for an order directing Defendant to submit its monthly fringe benefit contribution reports for the time period February 2018 forward. The Court also entered an order that judgment would be entered after Plaintiffs received the required reports and determined the amounts due and owing from Defendant.

2. Plaintiffs received Defendant's fringe benefit contribution reports for March 2018 through May 2018. The reports show that the Defendant is delinquent in contributions to the Funds in the amount of $18,271.39. (See Affidavit of Kevin J. Schell).

3.      Additionally, the amount of $1,827.14 is due for liquidated damages for the time period March 2018 through May 2018 and the amount of $5,986.22 is due for liquidated damages for the time period October 2017 through February 2018. (Schell Aff. Para. 5).

4.      In addition, Plaintiffs' firm has expended the amount of $820.00 for costs and $2,490.00 in attorneys' fees, for a total of $3,310.00, in this matter. (See Affidavit of Catherine M. Chapman).

5.      Based upon the documents attached hereto, Plaintiffs request entry of judgment in the total amount of $29,394.75.

WHEREFORE, Plaintiffs respectfully request this Court to enter judgment in the amount of $29,394.75.

/s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: 312/216-2577
Facsimile: 312/236-0241
E-Mail: cscanlon@baumsigman.com

I:\265J\Major Heating & Cooling\#27877\amended motion-judgment.cms.df.wpd

# CERTIFICATE OF SERVICE

       The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Amended Motion for Entry of Judgment) with the Clerk of Court using the CM/ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this <u>3rd</u> day of <u>August 2018</u>:

                Mr. Karl Beiermeister, Registered Agent
                Major Heating & Cooling, Inc.
                32W760 Rochefort Lane
                Wayne, IL   60184-2136

                Office of the Secretary of State
                Department of Business Services
                Annual Reports/Registered Agent Section
                Attn: File # 67402774
                501 S. 2nd Street, Room 350
                Springfield, IL   62756

                Mr. Karl Beiermeister, Registered Agent
                Major Heating & Cooling, Inc.
                PO Box 600
                Wheaton, IL   60187-0600

                                            /s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: 312/216-2577
Facsimile: 312/236-0241
E-Mail: cscanlon@baumsigman.com

I:\265J\Major Heating & Cooling\#27877\amended motion-judgment.cms.df.wpd