UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.2.2
Eastern Division

Sheet Metal Workers Local 265 Welfare Fund, et al.

Plaintiff,

v.

Case No.: 1:18−cv−01340
Honorable Joan B. Gottschall

Major Heating & Cooling, Inc.

Defendant.

NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 12, 2018:

MINUTE entry before the Honorable Joan B. Gottschall: Status hearing held. Counsel for plaintiffs and Mr. Beiermeister, a principal of defendant Major Heating & Cooling, Inc. appeared. Counsel for plaintiffs informed the court that she and Mr. Beiermeister reached an agreement regarding the outstanding amount allegedly owed. Status hearing is set for 10/12/18 at 9:30 a.m. If appropriate, a notice or stipulation of dismissal should be filed on or before 10/10/18. If all parties agree that additional time is needed, they should so advise the courtroom deputy in writing on or before 10/10/18, and no appearance will be required on 10/12/18. Mailed notice(mjc, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.