IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| SHEET METAL WORKERS LOCAL 265 WELFARE FUND, *et al.*, | ) ) ) | |
| Plaintiffs, | ) ) | CIVIL ACTION |
| vs. | ) ) | NO. 18 C 1340 |
| MAJOR HEATING & COOLING, INC., an Illinois corporation, | ) ) ) ) | JUDGE JOAN B. GOTTSCHALL |
| Defendant. | ) | |

**NOTICE OF VOLUNTARY DISMISSAL**

TO:  Mr. Karl Beiermeister, Registered Agent
   Major Heating & Cooling, Inc.
   PO Box 600
   Wheaton, IL  60187-0600

NOW COME Plaintiffs, by and through their attorneys, and, as of right in accordance with Rule 41(a)(1)(I), Federal Rules of Civil Procedure, hereby dismiss this action without prejudice to the rights of Plaintiffs.

/s/   Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: (312) 216-2577
Telefax: (312) 236-0241
E-Mail: cscanlon@baumsigman.com
I:\265J\Major Heating & Cooling\#27877\notice of voluntary dismissal.cms.df.wpd

## **CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that she electronically filed the foregoing document (Notice of Voluntary Dismissal) with the Clerk of Court using the CM-ECF system, and further certifies that I have mailed the above-referenced document by United States Mail to the following non-CM/ECF participant on or before the hour of 5:00 p.m. this 5th day of October 2018:

                                  Mr. Karl Beiermeister, Registered Agent
                                  Major Heating & Cooling, Inc.
                                  PO Box 600
                                  Wheaton, IL   60187-0600

                                                        /s/    Cecilia M. Scanlon

Cecilia M. Scanlon
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6288574
Telephone: 312/216-2577
Facsimile: 312/236-0241
E-Mail: cscanlon@baumsigman.com

I:\265J\Major Heating & Cooling\#27877\notice of voluntary dismissal.cms.df.wpd